# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

ROXALIZ COTTO SANCHEZ et al

Plaintiffs

v.

MUNICIPALITY OF CAROLINA et al

Defendants

v.

PUERTO RICO AQUEDUCT AND SEWER AUTHORITY

Third Party Defendant

CASE NUMBER: 97-1369(DRD)



## ORDER

| MOTION | RULING |
|---|---|
| **Date Filed:** 11/23/99  **Docket #27**  [X] Plff  [X] Deft  [X] Other  **Title:** SETTLEMENT STIPULATION AND CONSENT FOR JUDGMENT | **APPROVED**  The court hereby approves the parties' settlement agreement and stipulation for voluntary dismissal under Fed. R. Civ. P. 41(a)(1)(ii). Roxaliz Cotto Sánchez is granted twenty (20) days to file all necessary documents and pleadings in order for the Court to authorize payment of the agreed upon amounts to her minor son, Kenneth Lugo Cotto. Until Cotto Sánchez has filed said documents, no payment will be made. Notwithstanding, Defendants will deposit the amounts agreed upon with the Clerk of the Court. Accordingly, the Court dismisses all claims by Plaintiffs against Defendants and all claims by Defendants-Third Party Plaintiffs against Third Party Defendant **with prejudice** and **without** the imposition of costs, expenses or attorneys' fees.  IT IS SO ORDERED. |

Date: November 30, 1999

DANIEL R. DOMINGUEZ
U.S. District Judge

N:\97-1369.VOL