UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

ROXALIZ COTTO SANCHEZ et al

   Plaintiffs

   v.

MUNICIPALITY OF CAROLINA et al

   Defendants

   v.

PUERTO RICO AQUEDUCT AND SEWER
AUTHORITY

   Third Party Defendant

CASE NUMBER: 97-1369(DRD)



### ORDER

| MOTION | JUDGMENT |
|---|---|
| **Date** <br> Filed: 11/23/99     Docket #27 <br> [X] **Plff**              [X] **Deft** <br> [X] **Other** <br><br> **Title:** SETTLEMENT STIPULATION AND CONSENT FOR JUDGMENT | Pursuant to the Order entered on this same date, the Court hereby dismisses all claims by Plaintiffs against Defendants and all claims by Defendants-Third Party Plaintiffs against Third Party Defendant **with prejudice** and **without** the imposition of costs, expenses or attorneys' fees. <br><br> IT IS SO ORDERED. |

                                                          **DANIEL R. DOMINGUEZ**
Date: November 30, 1999                                  **U.S. District Judge**

N:\97-1369.VOL